No. 24,810.

WILLIAM BATES, *Appellant*, v. CHARLES H. TRAPP et al., *Appellees*.

SYLLABUS BY THE COURT.

SALE OF PATENT RIGHT—*Contract in Violation of Provisions of Statute.* The decision in the case of *Schmoyer v. Van Hosen*, 111 Kan. 759, 208 Pac. 554, relating to formalities to be complied with in the sale of patent rights, adhered to without modification.

Appeal from Shawnee district court, division No. 1; JAMES A. McCLURE, judge. Opinion filed December 8, 1923. Affirmed.

*James A. Troutman*, of Topeka, for the appellant.
*Dennis Madden*, and *Edward Rooney*, both of Topeka, for the appellees.

The opinion of the court was delivered by

BURCH, J.: The action was one to recover on a promissory note. The answer pleaded the note was given in connection with the sale of a patent right, and the statute governing such transactions had not been complied with. The court overruled a demurrer to the answer, and plaintiff appeals.

The judgment of the district court is affirmed, on the authority of the decision in the case of *Schmoyer v. Van Hosen*, 111 Kan. 759, 208 Pac. 554, to which the court adheres, and which the court declines to modify.